You all know there's an 18th Court in China with Tom Towns, if you do. I'm going to give you about two and a half, five minutes for a little bit. The question for the Court is here. So the whole point of violating the Oregon Constitution and directly subsidizing private state-owned companies in terms of their system of powers over the course of two years, and the task before this Court is to apply the clear practical rule that's been articulated by the Oregon Supreme Court and the Oregon Court in the course of two years. That standard interprets for the whole of the section of the Oregon Constitution, which provides that no municipal corporation is forced by the surface of the structure, which is why it's not for all of us, whether it's you or any other case, such as the Oregon Corporation or Association. In other words, this standard has been interpreted as, it is the investment of public funds over other funds. The Oregon Supreme Court is the Supreme Court in the Supreme Court, and it's the Supreme Supreme Court in the United States, and we understand that there's a recursion of terms, and the Supreme Court, I think, is interested in this case, and I think there's no reason to suffer from intercession. In the next few days, the Supreme Court is going to have to support a new law, and it's going to have to increase the number of seats. It's going to have to create a new law in the background, and it's going to have to make a motion for the Court of Responsible for this particular provision of the Constitution of Oregon. Why do we say that? Well, the Court of the Supreme Court is here to apply the Oregon law as a certification clause for the Oregon Corporation, and we use this clause as a testament to the request of the Oregon Supreme Court and the Oregon Attorney General. It's interesting. Some of these topics, I think, are very, very clear, and I think that there are questions on the Supreme Court that inspire a lot of the provisions that I'm interested in, especially on the core of the Supreme Court, the Oregon Supreme Court, and some of the others. If you focus on a couple of provisions and say that there needs to be no, absolutely no possibility for any tax revenues to be used, that is sort of the context. It's interesting. It seems to be a narrow view. It could be the right view, but it seems to be a narrow view in the proposed justice, much broader than that, that there needs to be no tax revenues, no possibility. So why don't we start there? I guess that's your first line. Yeah. There's essentially no dispute as to what's going to be used. It's simply the basis of Congress' plan. Now, where there's dispute is, I think, in the disillusion or understanding of what kind of credit it requires. Credits, especially when Congress doesn't find that there is a violation of such, but I want to go ahead and, if there's any possibility that a federal expenditure could fall into the my area of speculation, I want to read some stats. You've got $10 million in the Federal Reserve, $10 million in the Federal Reserve, and $10 million in the Federal Reserve in that range of credits. Credits, however, actually, the Florida credit system, which is not an actual credit system, that case really begins before a single dollar is spent. The case begins with a single-seed, which authorizes funds. In the same order, to issue funds in partnership with credit, credit entities, owners of the agency, and the Federal Reserve, and distribute those contracts at courts, including the Court of Historia. And because that strategy exists, there were clear, externally imposed, there were restrictions, there were restrictions, the guidelines for the investment project, and one of the core guidelines that makes sense, of course, in that case, complying with the statute, authorizing pre-authorizing, issuing of bonds. And there was no possibility that the Florida bond management would be able to fund its issuance of the bonds by another state. And one of the things that we were able to do at the end of the century was by complying with the existing guidelines of the statute, that the bonds not constitute a general obligation under the strategy, but as long as it's solely owned by the agency, or that we drive them under, it is not the case. We were able to reach the agreement that said there was no possibility here that that could be brought to court. There's no possibility there, and there's two very different things that it seems to me, that it should apply to in the end. And I guess, you know, one of the questions for you, I believe, ultimately, the post-mortem rule that Florida, if the municipal corporation only funded programs that drive the agency, didn't it mean that they funded the process through revenue funds? And specifically, what do bonds do? Can you describe to me how revenue bond products that could survive the post-mortem experience? I mean, let's take a step back, I guess. I mean, if you look at the Florida Department of Human Services, if you look at how the Florida Department of Human Services will provide to our agency, you see that, of course, a number of bonds do have taxable legal restrictions, and those are, for instance, the airport fund is restricted under federal law, but it can only be spent for personal purposes. In such an example, the legal restriction existed on the general fund, the bond, the parking car, and special goods. And at this point, the legal restriction could somehow be a financial restriction. And how do you square up a deposit or a rebate? Because it seems like a deposit or a rebate according to the data that the government engages in public services or activities that generate revenues other than taxes. This court's tax decisions have the power to commit those revenues to financing its own projects or to support its own projects. To pass a revenues, you know, is to offer the tax decision, but although it is not in the essential kind of case, the court does not have such a court-assessed essential kind of case. However, I think it's not really that the court finds an impact in the essential as opposed to because of the entity with which the public service is in excess of the public utility in Washington. So the Washington public utility proposes to develop an increase in power consumption through an energy traffic through our local utilities. And there is no real climate impact at all because of that deposit. So you assume that it's some kind of a local utility and we can take analysis and analysis and analysis of those services and what's really happening is just requirements and local utilities essentially need to purchase some more power from other local utilities. But it has been an obligation to do that as best as possible for the city as well as the city. Um, the deposit that we have is a combination of fuel, water, electricity, and          we have an obligation to do that and we have an obligation to do that. So we have an  to do that. Um, similar to a bond where they know that anybody who purchases that can be able to go after tax pay money, that's somehow that's sufficient. Um, and so when there      is an obligation to go after tax pay money, we have an obligation to go after tax pay money, and we have an obligation to go after tax pay  money, and  have an obligation to go after tax  money, and we have an obligation to go after tax pay money, and we have an obligation to go  tax pay money, and we have an   go after tax pay money, and we have an obligation to go after tax pay money, and we have  obligation and we have an  to go    money, and   an obligation to go go after tax pay  and we have an tax pay money, and   an obligation
judges: Clifton, Murguia, Nguyen